

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DOUGLAS W. HEIM<br>*Assistant Corporation Counsel*<br>phone: (212) 788-1293<br>fax: (212) 788-9776<br>dheim@law.nyc.gov |
|---|---|---|

August 6, 2007

**BY FAX: (212) 805-6382**
Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl St., Suite 660
New York, New York, 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-7-07
```

  Re: Christopher Rowland v. City of New York, et al., 07 Civ. 3553 (VM)

Your Honor:

  I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent defendant City of New York. Without making any representations on his behalf, I write to respectfully request an extension of time for defendant Officer Henry Zayas to respond to the complaint from August 6, 2007 to August 20, 2007. Plaintiff consents to this request.

  This office has attempted to determine, pursuant to Section 50-k of the New York General Municipal, and based on the facts of this case, whether we may represent defendant Zayas in this matter. Unfortunately, we have been unable to speak with defendant Zayas regarding this case because officer Zayas was out of duty for a period of time on sick leave. Hence, while the City of New York will answer the complaint today as scheduled, this office requires and additional two weeks to properly assess whether we may represent defendant Zayas and file a response on his behalf.

  Defendant City of New York has made one previous request for an extension of time to answer in this case. This office respectfully requests an extension of time for defendant Zayas from August 6, 2007 until August 20, 2007.

  Thank you for your consideration herein.

Respectfully submitted,

*[signature]*

Douglas W. Heim (DH5238)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Christopher Galiardo, Esq. (by fax)
      Myers & Galiardo, LLP
      122 East 42nd Street, Suite 2710
      New York, NY 10168
      Fax: (212) 986-6250

---

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 8-20-07, as to defendant Henry Zayas
SO ORDERED.

8-6-07   *[signature]*
DATE     VICTOR MARRERO, U.S.D.J.

2