Fax:   Oct 10 2007 07:17pm P002/003



ORIGINAL

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DOUGLAS W. HEIM
*Assistant Corporation Counsel*
phone: (212) 788-1293
fax: (212) 788-9776
dheim@law.nyc.gov

October 10, 2007

**BY FAX: (212) 805-6382**
Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl St., Suite 660
New York, New York, 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-11-07
```

Re:   Christopher Rowland v. City of New York, et al., 07 Civ. 3553 (VM)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent defendants City of New York ("City") and Officer Henry Zayas ("Zayas"). I write to respectfully request and adjournment of the Initial Conference scheduled for October 19, 2007 at 10:30 a.m. until another date and time convenient to the Court. Plaintiff's counsel consents to this request.

      Defendant City requests this adjournment due to a scheduling conflict with another court conference. I am presently scheduled for an 11:00 a.m. status conference before Magistrate Judge Michael L. Orenstein at the Central Islip Courthouse of the Eastern District of New York on October 19, 2007. Given the travel time to Central Islip on Long Island, I cannot attend for both conferences.

      Accordingly, for the foregoing reason, defendants respectfully request that the Initial Conference be adjourned to a date and time convenient to the Court.

Thank you for your consideration herein.

Respectfully submitted,

Douglas W. Heim (DH5238)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Christopher Galiardo, Esq. (by fax)
Myers & Galiardo, LLP
122 East 42nd Street, Suite 2710
New York, NY 10168
Fax: (212) 986-6250

Request GRANTED. The initial conference herein is rescheduled to 11-2-07 at 9:30 A.M.

SO ORDERED.

10-11-07
DATE    VICTOR MARRERO, U.S.D.J.

2